IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: MERCEDES-BENZ TELE AID CONTRACT LITIGATION | MDL No. 1914<br>Master Case No. 07-2720 (DRD) |
| This document relates to: | |
| 602531 BRITISH COLUMBIA, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | Civil Action No. 08-6023 (DRD) (MAS)<br><br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL** |

Plaintiff, 602531 British Columbia Ltd., and defendant, Mercedes-Benz USA, LLC, stipulate and agree that plaintiff's claims in the above-captioned action are hereby DISMISSED in their entirety with prejudice, and that defendant's claims in the above-captioned action are hereby DISMISSED in their entirety without prejudice, with each party to bear its own costs and fees.

_____
David M. Kohane
COLE SCHOTZ MEISEL FORMAN &
LEONARD, P.A.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
(201) 489-3000

*Attorneys for Plaintiff*
*602531 British Columbia, Ltd.*

_____
Thomas R. Curtin
George C. Jones
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza, P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700

*Attorneys for Defendant*
*Mercedes-Benz USA, LLC*

SO ORDERED this  5th  day of  May , 2010.

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge